UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

PATRICK HIGGINS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GORDON FOOD SERVICE STORE LLC,

Defendant.

Case No. 1:20-cv-1054

Hon. Hala Y. Jarbou

## ORDER APPROVING FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT

Upon review and consideration of the Parties' Joint Motion to Approve the Fair Labor Standards Act ("FLSA") collective action settlement, the supporting memorandum of law, all accompanying exhibits and declarations, and the parties' settlement agreement, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. The settlement agreement is fair, reasonable, and adequate and resolves a *bona fide* dispute of FLSA unpaid wage claims. The Court approves all of the settlement's terms and the release of claims.

3. The Court approves the parties' proposed Notice and Consent to Join, Claim, and Release Form. The Court directs the parties and the Settlement Administrator to proceed with sending the notice to the FLSA putative collective members pursuant to the distribution methods set forth in the settlement agreement.

4. The Court grants Plaintiffs' Motion for service awards to Named Plaintiffs Patrick Higgins, Ivan Robinson, Brooke Yahle, Joseph Schneider, William Kefauver, Paul Reckley, and

1

Karen Buttery for their services to the FLSA collective members and in exchange for their general release of claims.

5. The Court approves Plaintiffs' request for attorneys' fees of one-third of the Gross Fund and reimbursement of Plaintiffs' Counsel's costs of $13,005.42.

6. The Court approves payment of the Settlement Administrator's costs from the Gross Fund in the amount of $8,500.00.

7. The case is dismissed with prejudice and the Court retains jurisdiction to enforce the terms of the settlement until the conclusion of the settlement administration process.

Parties are directed to file the settlement agreement on the public docket with the monetary terms redacted.

Dated:  September 30, 2021              /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      UNITED STATES DISTRICT JUDGE