UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PATRICK HIGGINS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GORDON FOOD SERVICE STORE LLC,<br><br>Defendant. | Case No. 20-1054<br>Hon. Hala Y. Jarbou |

### BRIEF IN SUPPORT OF JOINT MOTION TO AMEND ORDER APPROVING FAIR LABOR STANDARDS ACT COLLECTIVE ACTION SETTLEMENT

On September 30, 2021, the Court entered an Order approving the parties' Fair Labor Standards Act Collective Action Settlement. ECF No. 56. The parties requested that the Court approve the Settlement Administrator's costs totaling $8,500.00. *Id*. However, the parties mistakenly included the wrong amount for the Settlement Administrator's costs which is $16,000.00. *See* Exhibit A at p. 3 (settlement administration cost proposal). The parties accidentally included the subtotal costs listed on page 2 of the proposal and not the Settlement Administrator's total cost for the administration which is listed on page 3 of Exhibit A. The parties apologize for the error and request that the Court amend its Order and approve the Settlement Administrator's costs of $16,000.00.

Dated: October 1, 2021
Royal Oak, Michigan

Respectfully submitted,

By: s/Michael Palitz
Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
mpalitz@shavitzlaw.com

1

Megan A. Bonanni
**PITT, MCGEHEE, PALMER, BONANNI & RIVERS, P.C.**
117 West 4th Street Suite 200
Royal Oak, MI 48067
Telephone: (248) 939-5081
mbonanni@pittlawpc.com

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz
Tamra Givens
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

*Attorneys for Plaintiffs and the Putative Collective*


By: /s/ Margaret Carroll Alli
Margaret Carroll Alli (P38281)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC
34977 Woodward Avenue, Suite 300
Birmingham, Michigan 48009
t: (248) 593-6400
f: (248) 283-2925
meg.alli@ogletree.com
Lauren H. Zeldin (GA Bar # 368999)
Jeffrey J. Costolnick (GA Bar # 637168)
Ogletree Deakins Nash Smoak & Stewart, P.C.
191 Peachtree Street NE, Suite 4800
Atlanta, GA 30303
(404) 881-1300
lauren.zeldin@ogletree.com
jeff.costolnick@ogletree.com

Attorneys for Defendant

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I electronically filed the foregoing with the United States District Court for the Western District of Michigan, using the Court's ECF system, which will send notification to all ECF participants.

By: *s/Michael Palitz*
Michael Palitz
**SHAVITZ LAW GROUP, P.A.**
800 3rd Avenue, Suite 2800
New York, NY 10022
Telephone: (800) 616-4000
mpalitz@shavitzlaw.com